**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE:                                        )
                                              )         CASE NO. 23-61204
EDGEWOOD FOOD MART, INC.                      )
                                              )         CHAPTER 11
          Debtor.                             )

**APPLICATION TO APPROVE EMPLOYMENT OF DEBTOR'S ATTORNEYS**

Edgewood Food Mart, Inc., Debtor and Debtor-in-possession (the "**Debtor**") files this

Application to Approve Employment of Debtor's Attorneys pursuant to 11 U.S.C. § 327 and in

support thereof, respectfully represents as follows:

1.

On November 10, 2023 (the "**Petition Date**"), the Debtor commenced this case

by filing a voluntary petition for relief under SubChapter V of chapter 11 of title 11 of the United

States Code, 11 U.S.C. §§ 101, et seq. (the "**Bankruptcy Code**"). The Debtor has continued in

possession of its property and is operating and managing its business as Debtor-in-possession

pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.

The Debtor desires to employ the firm of Ogier, Rothschild & Rosenfeld, P.C ("ORR") as

its attorney in the above-referenced matter.

3.

Debtor believes that employment of ORR is in the best interests of the Debtor's estate.

Debtor further shows that said attorneys are admitted to practice in this Court, have knowledge and

experience in bankruptcy practice and are well qualified to represent the Debtor.  Attached hereto as

Exhibit "A" is ORR's Bankruptcy Rule 2014 Verification, which describes the qualifications of ORR.

4.

Professional services to be rendered for which it is necessary to retain attorneys are as follows:

(a)    To advise, assist, and represent Debtor with respect to Debtor's rights, powers, duties, and obligations in the administration of this case, and the collection, preservation, and administration of assets of Debtor's estate;

(b)  To advise, assist, and represent Debtor with regard to any claims and causes of action which the estate may have against various parties including, without limitation, claims for preferences, fraudulent conveyances, improper disposal of assets, and other claims or rights to recovery granted to the estate; to institute appropriate adversary proceedings or other litigation and to represent Debtor therein with regard to such claims and causes of action; and to advise and represent Debtor with regard to the review and analysis of any legal issues incident to any of the foregoing.

(c)  To advise, assist, and represent Debtor with regard to investigation of the desirability and feasibility of the rejection or assumption and potential assignment of any executory contracts or unexpired leases, and to advise, assist, and represent Debtor with regard to liens and encumbrances asserted against property of the estate and potential avoidance actions for the benefit of the estate, within Debtor's rights and powers under the Bankruptcy Code, and the initiation and prosecution of appropriate proceedings in connection therewith;

(d)   To advise, assist, and represent Debtor in connection with all applications, motions, or complaints concerning reclamation, sequestration, relief from stays, disposition or other use of assets of the estate, and all other similar matters;

(e)   To advise, assist, and represent Debtor with regard to the preparation, drafting, and negotiation of a plan of reorganization or liquidation; and/or to advise, assist, and represent Debtor in connection with the sale or other disposition of any assets of the estate; To prepare pleadings, applications, motions, reports, and other papers incidental to administration, and to conduct examinations as may be necessary pursuant to Bankruptcy Rule 2004 or as otherwise permitted under applicable law;

(f)   To provide support and assistance to Debtor with regard to the review of claims against Debtor, the investigation of amounts properly allowable and the appropriate priority or classification of same, and the filing and prosecution of objections to claims as appropriate;

(g)   To perform any and all other legal services incident or necessary to the proper administration of this case and the representation of Debtor in the performance of its duties and exercise of its rights and powers under the Bankruptcy Code.

5.

Neither Ogier, Rothschild & Rosenfeld, P.C., nor any member of counsel's firm has had any business, professional or other connections with the aforementioned Debtor(s), creditors, parties in interest, their respective attorneys and accountants, the United States Trustee or persons employed by the United States Trustee which would be adverse to this Estate.   Provided however, both Tamara Miles Ogier and Kathleen Steil serve as a Chapter 7 Bankruptcy Trustees in cases in the Northern District of Georgia.  Tamara Miles Ogier also serves as a Chapter 11 trustee at times and is a member of the pool of Chapter 11 Subchapter V Trustees for the Northern District of Georgia.

6.

The terms of employment of ORR agreed to by the Debtor-in-Possession, subject to the approval of the Court, are that certain attorneys and other personnel within the firm will undertake this representation at their standard hourly rates.  Counsel's current hourly rates for services performed for clients are:

| | |
|---|---|
| Kathleen Steil | $325.00 per hr |
| Allen Rosenfeld: | $425.00 per hr |
| Tamara Ogier: | $450.00 per hr |
| William Rothschild: | $450.00 per hr |
| Paralegal: | $180.00 per hr |

The standard hourly rates charged by ORR attorneys, law clerks, and paralegals are subject to change in the future. ORR may make periodic applications for interim compensation.

7.

On September 18, 2023, ORR received a prepetition retainer of $50,000.00 from the Debtor.  Prepetition fees in the amount of $12,535.00 and expenses in the amount of 1,837.25, including the Chapter 11 filing fee in the amount of $1,738.00 were paid to ORR from the retainer, leaving a balance of $35,627.75.

**WHEREFORE,** Debtor prays for authority to retain and employ the ORR as counsel for the Debtor effective as of the Petition Date, upon the terms as set forth above, and for such other and further relief as the Court deems just.

OGIER, ROTHSCHILD & ROSENFELD, P.C.

By: */s/ Tamara Miles Ogier*
Tamara Miles Ogier
Georgia Bar No. 550355

P.O. Box 1547
Decatur, Georgia 30031
(404) 525-4000
tmo@orratl.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 23-61204-LRC |
| EDGEWOOD FOOD MART, INC. | ) | |
| | ) | CHAPTER 11 |
| Debtor. | ) | |

**RULE 2014 VERIFIED STATEMENT OF TAMARA MILES OGIER IN SUPPORT OF DEBTOR'S APPLICATION TO EMPLOY OGIER, ROTHSCHILD & ROSENFELD, P.C.**

Tamara Miles Ogier, pursuant to Fed.R.Bankr.P. 2014 makes this Verified Statement in support of the Debtor's Application to Employ Ogier, Rothschild & Rosenfeld, P.C. as Attorneys for the Debtors and Debtor-in-Possession and shows this Court as follows:

1.

Tamara Miles Ogier is an attorney in the law firm of Ogier, Rothschild & Rosenfeld, P.C., with a mailing address of P.O. Box 1547, Decatur, GA 30031.

Tamara Miles Ogier is an attorney admitted to this Bankruptcy Court and is in good standing with this Court.

2.

To the best of my knowledge, Ogier, Rothschild & Rosenfeld, P.C. and the employees thereof represent no interest adverse to the Debtor, the Estate, or any creditors of the Estate in the matters upon which it is to be engaged.

3.

To the best of my knowledge, neither I nor any employee have any "connection" [within the meaning of that term under Bankruptcy Rule 2014(a)] with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee (or persons employed by

the United States Trustee); provided however, Tamara Miles Ogier and Kathleen Steil serve as Chapter 7 bankruptcy trustee in cases in the Northern District of Georgia and this bankruptcy case. Tamara Ogier serves at times as a Chapter 11 Trustee and is a member of the pool of Chapter 11 Subchapter V Trustees in the Northern District of Georgia.

4.

To the best of my knowledge, the undersigned and all employees of Ogier, Rothschild & Rosenfeld, P.C., are "disinterested persons" as defined by 11 U.S.C. §101(14), with respect to the above-captioned Debtor and creditors.

1) Specifically, Ogier, Rothschild & Rosenfeld, P.C.

    a) Is not a prepetition creditor of the Debtor or creditors;

    b) Is not an equity security holder of the Debtor or creditors;

    c) Is not an insider of the Debtor or creditors; and,

    d) Is not and was not an investment banker for any outstanding security of the Debtor or creditors.

2) Applicant has not been, within three (3) years before the date of the filing of the petition, an investment banker for a security of the Debtor or creditors, or an attorney for such an investment banker in connection with the offer, sale or issuance of a security of the Debtor or creditors, nor does applicant have an interest materially adverse to the interest of the estate of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor or an investment banker specified in subparagraphs above, or for any other reason;

3) Ogier, Rothschild & Rosenfeld, P.C. has advised the Debtor of its willingness to serve as attorney and to be employed under an order pursuant to which it will receive reasonable compensation for its services and be reimbursed for its expenses under applicable law, after notice and hearing;

4)  Ogier, Rothschild & Rosenfeld, P.C., intends to bill for its legal services in this case in accordance with its usual practice, applying its customary hourly rates for matters of this type and charging the actual out-of-pocket disbursements and expenses customarily billed to its clients and necessarily incurred;

5)  On September 18, 2023, ORR received a prepetition retainer of $50,000.00 from the Debtor.  Prepetition fees in the amount of $12,535.00 and expenses in the amount of 1,837.25, including the Chapter 11 filing fee in the amount of $1,738.00 were paid to ORR from the retainer, leaving a balance of $35,627.75.

6)  Applicant represents that Ogier, Rothschild & Rosenfeld, P.C. is eligible for employment and appointment by the Debtor pursuant to the Bankruptcy Code and the applicable Bankruptcy Rules; and,

7)  Applicant states that the foregoing statements are true, and based upon my personal knowledge, and are made under penalty of perjury under the laws of the United States.

This 13th day of November, 2023

OGIER, ROTHSCHILD & ROSENFELD, P.C.


By: */s/ Tamara Miles Ogier*
       Tamara Miles Ogier
       Georgia Bar No. 550355

P.O. Box 1547
Decatur, Georgia 30031
(404) 525-4000
tmo@orratl.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE:                                    )
                                          )        CASE NO. 23-61204-LRC
EDGEWOOD FOOD MART, INC.                  )
                                          )        CHAPTER 11
              Debtor.                     )

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that Tamara Miles Ogier has filed Application to Approve Employment of Debtor's Attorneys (the "Motion") and related papers with the Court seeking an order authorizing the Debtor to retain and employ Ogier, Rothschild & Rosenfeld, P.C. as counsel for the Debtor effective as of the Petition Date, upon the terms as set forth in the Motion.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold hearing on the Motion at 10:15 A.M. on December 14, 2023 in Courtroom 1204, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303, which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The

address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

This 13th day of November, 2023

OGIER, ROTHSCHILD & ROSENFELD, P.C.

By: */s/ Tamara Miles Ogier*
Tamara Miles Ogier
Georgia Bar No. 550355

P.O. Box 1547
Decatur, Georgia 30031
(404) 525-4000
tmo@orratl.com

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have on this day electronically filed the foregoing *Application to Approve Employment of Debtor's Attorneys* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

- **Jonathan S. Adams**   jonathan.s.adams@usdoj.gov

I further certify that on this day I caused a copy of this document to be served via U.S. Mail by depositing the same in the United States Mail, postage prepaid and addressed to the following:

United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive S.W.
Atlanta, Georgia 30303

This 13th day of November, 2023

OGIER, ROTHSCHILD & ROSENFELD, P.C.

By: */s/ Tamara Miles Ogier*
        Tamara Miles Ogier
        Georgia Bar No. 550355

P.O. Box 1547
Decatur, Georgia 30031
(404) 525-4000
tmo@orratl.com