**IT IS ORDERED as set forth below:**

**Date: January 4, 2024**



_____
**Lisa Ritchey Craig**
**U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 23-61204-LRC |
| EDGEWOOD FOOD MART, | ) | |
| INC., | ) | |
| | ) | CHAPTER 7 |
| Debtor. | ) | |

### O R D E R

Edgewood Food Mart, Inc., Debtor and Debtor-in-possession (the "**Debtor**") filed

an *Application to Employ Counsel*, to employ Ogier, Rothschild & Rosenfeld, P.C. ("ORR")

as attorney for the Debtor (Doc. No. 7) ("the Application"). The Application came before

this Court for hearing on January 4, 2024, on the 10:00 A.M. calendar.  Tamara Miles Ogier

appeared on behalf of Edgewood Food Mart, Inc., Leon Jones appeared as the Subchapter V

Trustee, Jonathan S. Adams appeared on behalf of the U.S. Trustee's Office, and Scott

Hoopes appeared on behalf of 400 Edgewood, LLC, and Amin Panjawani personally.

For good cause demonstrated, it is hereby

ORDERED that, pursuant to 11 U.S.C. §327 and bankruptcy Rule 2014, the

Application is ***granted:*** Debtor is authorized to employ ORR as their attorneys during

Debtor's Chapter 11 case. It is further

ORDERED that compensation shall be paid to Ogier, Rothschild & Rosenfeld,

P.C. upon notice, hearing and approval by the court, pursuant to 11 U.S.C. §§330 and

331, and Bankruptcy Rule 2016, of an appropriately detailed application.

**END OF DOCUMENT**

PREPARED AND SUBMITTED BY:
OGIER, ROTHSCHILD & ROSENFELD, P.C.

By: /s/  Tamara Miles Ogier
     Tamara Miles Ogier
     Georgia Bar No. 550355
     P.O. Box 1547
     Decatur, Georgia 30031
     (404) 525-4000
     tmo@orratl.com

**DISTRIBUTION LIST:**

Ogier, Rothschild & Rosenfeld, P.C.
P.O. Box 1547
Decatur, Georgia 30031

United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive S.W.
Atlanta, Georgia 30303

Leon Jones, Subchapter V Trustee
Jones & Walden LLC
699 Piedmont Ave NE
Atlanta, GA 30308