**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 23-61204-LRC |
| EDGEWOOD FOOD MART, INC., ) | |
| ) | CHAPTER 11 |
| Debtor. ) | |

**NOTICE OF SECOND INTERIM APPLICATION FOR CHAPTER 11**
**COMPENSATION OF THE ATTORNEYS REPRESENTING THE DEBTOR**
**FOR THE PERIOD FROM MARCH 1, 2024 THROUGH**
**SEPTEMBER 20, 2024, DEADLINE TO OBJECT, AND FOR HEARING**

Ogier, Rothschild & Rosenfeld, P.C. (the "Law Firm") has filed its Second Interim Application for Compensation of the Attorneys Representing the Debtor for the Period From March 1, 2024 Through September 20, 2024 (the "Application"). Pursuant to the Third Amended and Restated General Order No. 24-2018, the Court may consider the Application without further notice or a hearing if no party in interest files a response or objection within twenty-one (21) days from the date of service of this notice. If you object to the relief requested in this pleading, you must timely file your objection with the Bankruptcy Clerk at the Clerk's Office, Federal Building, Room 1340, 75 Ted Turner Drive, SW, Atlanta, GA 30303, and serve a copy on the applicant's attorney, Tamara Miles Ogier, Ogier, Rothschild & Rosenfeld, P.C., PO Box 1547, Decatur, GA 30031, and any other appropriate persons by the objection deadline. The response or objection must explain your position and be actually received by the Bankruptcy Clerk within the required time.

Pursuant to such Application, the Court is requested to allow and award compensation to the Law Firm, as follows:

(1)    $81,453.00 representing fees;
(2)    $879.88 representing actual out-of-pocket expenses incurred on behalf of the Debtor;

The Court will hold a hearing on the Application at 10:10 a.m. on the 24th day of October, 2024, in Courtroom 1204, U. S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia, 30303, which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

If an objection or response is timely filed and served, the hearing will proceed as scheduled. If you do not file a response or objection within the time permitted, the Court may grant the relief requested without further notice and without holding the scheduled hearing provided that an order approving the relief requested is entered at least one business day prior to the scheduled hearing. If no objection is timely filed, but no order is entered granting the relief requested at least one business day prior to the scheduled hearing, the hearing will be held as scheduled.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

This 25th day of September, 2024.

OGIER, ROTHSCHILD & ROSENFELD, P.C.

By:/s/ *Tamara Miles Ogier*
Tamara Miles Ogier
Georgia Bar No. 550355
Attorney for Debtor

P.O. Box 1547
Decatur, Georgia 30031
(404) 525-4000
tmo@orratl.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 23-61204-LRC |
| EDGEWOOD FOOD MART, INC., | ) | |
| | ) | CHAPTER 11 |
| Debtor. | ) | |

**SECOND INTERIM APPLICATION FOR CHAPTER 11 COMPENSATION OF THE ATTORNEYS REPRESENTING THE DEBTOR FOR THE PERIOD FROM MARCH 1, 2024 NOVEMBER 10, 2023 THROUGH SEPTEMBER 20, 2024**

COMES NOW, Ogier, Rothschild & Rosenfeld, P.C. (the "Law Firm"), the attorneys for the Debtor, and files its Second Interim Application for Chapter 11 Compensation of the Attorneys Representing the Debtor for the Period from March 1, 2024 through September 20, 2024. (the "Application"), and in support thereof respectfully shows as follows:

1.

The Law Firm shows that it has represented Edgewood Food Mart, Inc. ("Debtor") in this case since November 10, 2023.

2.

The Law Firm makes its Application for the allowance of compensation for professional services rendered to the Debtor for the period of time from March 1, 2024, through September 20, 2024 ("Application Period"), pursuant to 11 U.S.C. §§ 330 and 331. All services for which compensation is requested were performed on behalf of the Debtor and not on behalf of any other party, creditor, persons or party in interest.

3.

During the Application Period, the Law Firm conferred with creditors, filed numerous

pleadings in response to pleadings filed by a judgment creditor and attended numerous contested

hearings, including a three-day evidentiary confirmation hearing, and has performed many other

services necessary and proper to the administration of this estate.

4.

The time expended by the Law Firm and the work performed by the Law Firm, for the

period for which this Application is made, is duly itemized and set forth in Exhibit "A", which is

attached hereto and incorporated herein by this reference.

5.

The out-of-pocket expenses incurred by the Law Firm during the period for which this

Application is made are duly itemized and set forth in Exhibit "A" which is attached hereto and

incorporated by this reference.

6.

The Law Firm applied for compensation one time prior to this Application on March 25,

2024 (Doc. 118).  The Court granted that previous application on May 31, 2024 (Doc. 146).

7.

No agreement or understanding exists between the Law Firm and any other person for the

sharing of compensation received or to be received for services rendered in connection with this

case.

8.

The Law Firm shows that it has expended a total of 202.90[1] hours in law firm time for the Application Period, resulting in total fees of $81,453.00.  The Law Firm shows that it has incurred a total of $879.88 in out-of-pocket expenses and advances in the course of such representation and has thereby earned a total of $82,332.88. The Law Firm respectfully requests this Court allow such sums as Chapter 11 compensation on an interim basis. The Law Firm further requests that the Court authorize payment of said amount to the Law Firm.

9.

The Law Firm respectfully makes the following representations with regard to the 12-factor Johnson v. Georgia Highway Express, Inc. test (488 F.2d 714 (5th Cir. 1974)):

(a)     Time and Labor Required: The Law Firm has expended a total of 129.9 law firm hours through February 29, 2024, at the following rates:

- Tamara Miles Ogier, attorney          $450.00 per hour

- Allen P. Rosenfeld, attorney          $425.00 per hour

- Jennifer Copland, paralegal          $180.00 per hour

(b)     Novelty and Difficulty of Questions Presented: The Chapter 11 reorganization case involves the effort to reorganize a Chapter 11 business Debtor. The Law Firm shows that the novelty and difficulty of questions presented are those normally associated with a Chapter 11 bankruptcy case, but that they have been exacerbated considerably by the need to respond to numerous motions and pleadings filed by a creditor.

(c)     Skill Requisite to Perform Legal Services Properly: The Law Firm respectfully

---

[1] This amount does not include time spent for Adversary 24-05038.  Fees related to said adversary proceeding were written off by the Law Firm.

represents that it has the skill requisite to perform legal services heretofore rendered in a proper fashion.

(d)      The Preclusion of Other Employment Due to Acceptance of the Case: The Law Firm respectfully requests that the time expended by the Law Firm in connection with this case could have been devoted to matters being handled for other clients, but for the time demands placed upon the Law Firm by the Law Firm's involvement in this case.

(e)      Customary Fee for the Type of Services Rendered: The Law Firm shows that all fees requested by the Law Firm were generated by applying the Law Firm's normal hourly billing rate to the number of hours actually expended. Such itemization is detailed on Exhibit A. The Law Firm respectfully represents that the customary compensation for the attorney services in connection with a bankruptcy case is upon an hourly billing basis.

(f)      Whether Fee is Fixed or Contingent: The Law Firm's charges are subject to being awarded by this Court under 11 U.S.C. § 330. The Fee is thus not truly fixed or contingent but has some characteristics of both.

(g)      Time Limitations Imposed by Client or Other Circumstances: The Law Firm shows that many of the services rendered have been performed under exacting time limitations imposed by the nature of the case.

(h)      Amount Involved and Results Obtained: The Law Firm has handled a large number of routine and complex Chapter 11 issues on behalf of the Debtor and has attended numerous extended hearings in the case. While the case is ongoing, without the efforts of the Law Firm, the business would no longer be operating and working towards a confirmable Chapter 11 Plan.

(i)      Experience, Reputation, and Ability of Attorneys: The Law Firm respectfully

represents that it has had a significant amount of experience within the areas involved in this representation.

(j)     Undesirability of the Case: The Law Firm respectfully represents that this factor is not normally applicable to a Chapter 11 case.

(k)     Nature and Length of Professional Relationship with the Client: The Law Firm shows that it has represented the Debtor regarding this case since August, 2023.

(l)     Awards in Similar Cases: The Law Firm respectfully represents that its Application is in keeping with similar applications for Chapter 11 compensation filed by attorneys representing business debtors in bankruptcy cases within this district.

WHEREFORE, the Law Firm prays that it be allowed interim Chapter 11 compensation as follows:

(1)     $81,453.00 representing fees;

(2)     $879.88 representing actual out-of-pocket expenses incurred on behalf of the Debtor; and

(3)     Such other and further relief as the Court deems just.

Respectfully submitted this 23rd day of September, 2024.

OGIER, ROTHSCHILD & ROSENFELD, P.C.

By:    /s/*Tamara Miles Ogier*
       Tamara Miles Ogier
       Georgia Bar No. 550355

P.O. Box 1547
Decatur, Georgia 30031
(404) 525-4000
tmo@orratl.com



OGIER,
ROTHSCHILD &
ROSENFELD, PC
ATTORNEYS AT LAW

| Exhibit A |
|---|

P.O. Box 1547
Decatur, Georgia  30031
404.525.4000
www.orratl.com

September 23, 2024
424-1

Matter No. 424-1
Edgewood Food Mart, LLC - Chapter 11 filing

**Fees:**                                                                                                  Hours/Rate

| Date | Initials | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 03/12/24 | TMO | Emails with Spence Shumway re documents and MOR correction | 0.20<br>450.00/hr | 90.00 |
| 03/19/24 | TMO | Email Spence and Alex re documents; draft fee application; discuss deadlines with APR | 0.90<br>450.00/hr | 405.00 |
| 03/22/24 | TMO | Review Lester's answer; discuss summary judgment with Allen; forward to client for review<br>100% discount (originally $225.00) | 0.00<br>450.00/hr | No charge |
| 03/26/24 | APR | Prepare first draft of motion for summary judgment and statement of material facts not in dispute.<br>100% discount (originally $1,530.00) | 0.00<br>425.00/hr | No charge |
| 04/01/24 | TMO | Draft revisions to motion for summary judgment<br>100% discount (originally $360.00) | 0.00<br>450.00/hr | No charge |
| 04/04/24 | TMO | Call with counsel for Truist; review budget; email to accountant and client re same | 0.40<br>450.00/hr | 180.00 |
| 04/05/24 | TMO | Draft proposed confirmation order; discuss modification of plan with Graham Stiglitz re Truist claim; draft new language and circulate; email Leah re proof of claim for 400 Edgewood; discuss confirmation generally with Allen Rosenfeld | 2.80<br>450.00/hr | 1,260.00 |
| 04/08/24 | APR | Draft final version of affidavit to accompany motion for summary judgment and email to CEO.<br>100% discount (originally $170.00) | 0.00<br>425.00/hr | No charge |

Matter No. 424-1                                                September 23, 2024
Edgewood Food Mart, LLC - Chapter 11 filing                              Page 2

| | | | | |
|---|---|---|---|---|
| 04/12/24 | APR | Draft response to objection to Plan and motion to extend time to object to Plan. | 2.20 425.00/hr | 935.00 |
| 04/15/24 | APR | Review, revise and file response to Lester objection and motion to extend time to object to plan. | 1.10 425.00/hr | 467.50 |
| 04/16/24 | APR | Draft revisions to motion for summary judgment, brief and re-word affidavit to accompany statement of material facts not in dispute. 100% discount (originally $552.50) | 0.00 425.00/hr | No charge |
| 04/16/24 | APR | Begin preparations for contested confirmation hearing. 1.2 Conference with TMO regarding preparation schedule and remaining issues to be resolved. .6 | 1.80 425.00/hr | 765.00 |
| 04/16/24 | TMO | Prepare opening and proffer for confirmation hearing; discuss approach with Allen Rosenfeld; call to UST re confirmation; calls and texts with Alex Panjwani and Spence Shumway re witness prep tomorrow | 4.00 450.00/hr | 1,800.00 |
| 04/17/24 | APR | Prepare witnesses, strategize and prepare with TMO for evidentiary hearing on plan confirmation. | 3.80 425.00/hr | 1,615.00 |
| 04/17/24 | TMO | Prepare Spence for testimony tomorrow; final prep of presentation | 1.50 450.00/hr | 675.00 |
| 04/17/24 | TMO | Call with SubV trustee re hearing and motion for continuance; review motion; emails to Ben Keck, UST and SubV trustee; attend conference on motion; text/call all witnesses re continuance | 2.00 450.00/hr | 900.00 |
| 04/18/24 | APR | Prepare final revisions to MSJ, Brief in support and Statement of Material Facts not in Dispute and file. 100% discount (originally $297.50) | 0.00 425.00/hr | No charge |
| 04/24/24 | TMO | Call with Ben Keck re case in general; forward him document list and rule 11 letter; email Spence re requests from Keck; call with Alex re same | 0.70 450.00/hr | 315.00 |

Matter No. 424-1                                                  September 23, 2024
Edgewood Food Mart, LLC - Chapter 11 filing                              Page 3

| 04/25/24 | TMO | Discuss preference issues and letter to Keck with Allen Rosenfeld; emails to Alex and to Spence re issues re the preference analysis; draft letter to Keck and email to Rosenfeld with comments and analysis re how to proceed<br>100% discount (originally $1,350.00) | 0.00<br>450.00/hr | No charge |
|---|---|---|---|---|
| 04/30/24 | APR | Prepare comprehensive correspondence to Ben Keck regarding payments, transfers, 548 and why confirmation is in his client's interest. | 1.20<br>425.00/hr | 510.00 |
| 05/06/24 | TMO | Call with Herald re need for extension; email to Christy re entry of appearance | 0.30<br>450.00/hr | 135.00 |
| 05/07/24 | TMO | Review and respond to email from Alexander to Court; Review scheduling orders and email client and Spence re hearing dates | 0.50<br>450.00/hr | 225.00 |
| 05/07/24 | APR | Draft and file Motion to Dismiss adversary against Debtor 24-5009. | 0.80<br>425.00/hr | 340.00 |
| 05/07/24 | APR | Draft response to 56(d) motion and motion to extend time for Defendant to respond to MSJ and for discovery.<br>100% discount (originally $2,252.50) | 0.00<br>425.00/hr | No charge |
| 05/08/24 | APR | Prepare final version of motion for 9011 sanctions in Lester v. Debtor, et.al. | 0.80<br>425.00/hr | 340.00 |
| 05/09/24 | TMO | Call with John Christy to bring him up to speed on the case; email him the dropbox link to documents | 0.50<br>450.00/hr | 225.00 |
| 05/09/24 | TMO | Edit response to motion for extension | 0.50<br>450.00/hr | 225.00 |
| 05/14/24 | APR | Review Lester response to motion for summary judgment, draft affidavit of Scott Schwartz and begin drafting reply to the response.<br>100% discount (originally $552.50) | 0.00<br>425.00/hr | No charge |
| 05/17/24 | TMO | Email Christy re case | 0.10<br>450.00/hr | 45.00 |

Matter No. 424-1                                         September 23, 2024
Edgewood Food Mart, LLC - Chapter 11 filing                      Page 4

| Date | | Description | Hours/Rate | Amount |
|------|---|-------------|-----------|--------|
| 05/28/24 | TMO | Review objections and original fee app; respond to email from UST; prepare outline for hearing; review Nilhan, and Johnson cases and case cited by Herald; call with Alex re hearing | 3.20<br>450.00/hr | 1,440.00 |
| 05/28/24 | APR | Prepare for hearing on contested fee application and research various related issues. | 1.60<br>425.00/hr | 680.00 |
| 05/30/24 | TMO | Attend hearing on fee application; prepare order on fee application | 4.00<br>450.00/hr | 1,800.00 |
| 05/30/24 | APR | Travel to, attend and second chair contested hearing on application for interim fees and expenses. | 2.80<br>425.00/hr | 1,190.00 |
| 06/18/24 | APR | Research standards for Interlocutory Appeals and prepare first draft of response to Lester motion for leave to appeal interim fee order. | 4.50<br>425.00/hr | 1,912.50 |
| 06/25/24 | APR | Preliminary research done to respond to improper notice of deposition and document demand. Re: notice of deposition of Debtor filed by Lester's counsel. | 0.80<br>425.00/hr | 340.00 |
| 06/25/24 | JC | Draft Withdrawal of Plaintiff's Motion for Summary Judgment in Adv 24-05038 (0.1); draft Motion to Dismiss in Adv 24-05038 (0.2)<br>100% discount (originally $54.00) | 0.00<br>180.00/hr | No charge |
| 06/27/24 | APR | Research FRBP and FRCP rules associated with authority and extent of discovery allowed in contested matters. RE: motion for protective order. 1.4<br><br>Prepare first draft of motion for protective order. 2.8 | 4.20<br>425.00/hr | 1,785.00 |
| 06/28/24 | APR | Review and revise edits to motion for a protective order. .4<br>Draft amended chapter 11, sub V plan to account for secured portion of Lester claim. 1.2 | 1.60<br>425.00/hr | 680.00 |
| 07/02/24 | APR | Review email from creditor's counsel and speak with Mr. Shumway regarding what possible | 0.80<br>425.00/hr | 340.00 |

Matter No. 424-1                                                    September 23, 2024
Edgewood Food Mart, LLC - Chapter 11 filing                                  Page 5

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | documents the Debtor has that can be responsive to creditor's requests. |  |  |
| 07/05/24 | TMO | Review proposed mediation motion and propose changes; emails to all parties and court re confirmation date and mediation issues; texts with Spence Shumway re same | 0.60 450.00/hr | 270.00 |
| 07/08/24 | TMO | Discuss mediation with Spence Shumway, Allen Rosenfeld, and client; emails to all parties about deposition, mediation and confirmation issues | 0.80 450.00/hr | 360.00 |
| 07/10/24 | TMO | Various emails and phone calls re mediation | 0.60 450.00/hr | 270.00 |
| 07/16/24 | TMO | Call from Judge Sacca re mediation issues; review Spence's memo and discuss with him and Allen Rosenfeld; call to client re mediation; email to judge with memo | 1.10 450.00/hr | 495.00 |
| 07/17/24 | TMO | Attend mediation | 3.50 450.00/hr | 1,575.00 |
| 07/18/24 | TMO | Discuss mediation with Leon and Allen; deal with deposition rescheduling attempt | 0.50 450.00/hr | 225.00 |
| 07/24/24 | TMO | Review MOR and email bank re witness for confirmation | 0.50 450.00/hr | 225.00 |
| 07/24/24 | APR | Review claims made in creditors amended objection and review documents and financial statements to review evidentiary response to such claims. | 2.30 425.00/hr | 977.50 |
| 07/30/24 | TMO | Prepare stipulations, witness list and document list; organize documents; call with Spence re documents and testimony; call with Leon Jones re offer to purchase | 5.50 450.00/hr | 2,475.00 |
| 07/30/24 | APR | Begin preparing for hearing, including strategy, analysis, document and witness lists, etc. | 3.60 425.00/hr | 1,530.00 |
| 08/01/24 | APR | Review and make final decisions on document exhibits, witnesses and other evidentiary matters | 6.20 425.00/hr | 2,635.00 |

Matter No. 424-1                                                September 23, 2024
Edgewood Food Mart, LLC - Chapter 11 filing                              Page 6

|          |      | and compile final lists. Research various avenues of potential recoveries by the Debtor asserted by creditor including alter ego, breach of duty, chapter 5 claims, etc. | | |
|----------|------|-----------------------------------------------------------------|-----------------|------------|
| 08/01/24 | TMO  | Review motion to extend time; deliver documents to court | 1.50 450.00/hr | 675.00 |
| 08/05/24 | JC   | Final revisions to Notice of Subpoena, file and serve | 0.10 180.00/hr | 18.00 |
| 08/05/24 | APR  | Continued research regarding breach of fiduciary duty | 2.60 425.00/hr | 1,105.00 |
| 08/07/24 | TMO  | Trial prep, meet with Spence re his testimony; meeting with Alex re his testimony; meeting with Scott re his testimony; call with Truist witness and attorney; write opening and work on direct examinations | 11.00 450.00/hr | 4,950.00 |
| 08/08/24 | TMO  | Attend trial; review documents to see what we object to; call with Herald re same; write closing argument; research on various issues | 11.00 450.00/hr | 4,950.00 |
| 08/08/24 | APR  | Attend and assist with all aspects of evidentiary hearing on confirmation. | 8.30 425.00/hr | 3,527.50 |
| 08/09/24 | TMO  | Attend trial; discuss refinance of property with Leon Jones and Allen Rosenfeld; text with Scott re same; text to Graham Stieglitz re refi | 6.00 450.00/hr | 2,700.00 |
| 08/09/24 | APR  | Attend evidentiary hearing and conference with TMO regarding potential resolutions to objections raised by creditor that may have merit. | 5.50 425.00/hr | 2,337.50 |
| 08/12/24 | TMO  | Texts and call with Alex re refi | 0.50 450.00/hr | 225.00 |
| 08/13/24 | TMO  | prepare for final day of trial | 3.00 450.00/hr | 1,350.00 |
| 08/13/24 | APR  | Assist TMO in trial prep. | 2.30 425.00/hr | 977.50 |

Matter No. 424-1                                            September 23, 2024
Edgewood Food Mart, LLC - Chapter 11 filing                          Page 7

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 08/14/24 | TMO | Attend trial | 8.00<br>450.00/hr | 3,600.00 |
| 08/14/24 | APR | Attend last day of trial and discuss potential settlement scenarios with TMO. | 8.00<br>425.00/hr | 3,400.00 |
| 08/15/24 | TMO | Discuss settlement with Leon; call with Scott and Alex re offer; email to Leon and discuss with him | 0.50<br>450.00/hr | 225.00 |
| 08/26/24 | APR | Organize process for drafting proposed findings of facts and conclusions of law and begin with Mr. Shumway's testimony. | 1.60<br>425.00/hr | 680.00 |
| 08/26/24 | TMO | Begin work on findings of fact and conclusions of law; contact court re recordings of hearings and work on transcription | 4.00<br>450.00/hr | 1,800.00 |
| 08/27/24 | APR | Continue reviewing testimony of Mr. Shumway, Mr. Schwartz and Mr. Bass. Re: compiling findings of facts and conclusions of law. | 4.40<br>425.00/hr | 1,870.00 |
| 08/28/24 | APR | Continue compiling findings of facts and draft conclusions of law. | 3.80<br>425.00/hr | 1,615.00 |
| 08/28/24 | TMO | Further work on findings of fact and conclusions of law | 5.00<br>450.00/hr | 2,250.00 |
| 08/30/24 | TMO | Finalize the findings of fact and circulate for comment | 3.80<br>450.00/hr | 1,710.00 |
| 09/04/24 | APR | Prepare edits to findings of facts and conclusions of law to incorporate suggested edits by Mr. Shumway. | 0.70<br>425.00/hr | 297.50 |
| 09/04/24 | TMO | Discuss changes to findings of fact with Spence Shumway and APR. | 0.40<br>450.00/hr | 180.00 |
| 09/05/24 | APR | Prepare final edits to findings of facts and conclusions of law. | 0.60<br>425.00/hr | 255.00 |
| 09/09/24 | APR | Review and consider the post hearing brief and facts asserted filed by counsel for Lamar Lester. | 0.70<br>425.00/hr | 297.50 |

Matter No. 424-1     September 23, 2024
Edgewood Food Mart, LLC - Chapter 11 filing     Page 8

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 09/12/24 | APR | Continued drafting of response to Lester's post hearing brief. | 2.30 425.00/hr | 977.50 |
| 09/16/24 | APR | Draft further revisions to post hearing response brief and forward to TMO for editing. | 0.70 425.00/hr | 297.50 |
| 09/16/24 | TMO | Review Lester's brief and findings of fact and conclusions of law; begin editing our response | 5.00 450.00/hr | 2,250.00 |
| 09/17/24 | TMO | Further editing of our response brief; forward to Spence, Scott and Alex for editing | 5.00 450.00/hr | 2,250.00 |
| 09/20/24 | APR | Telephone call with Spence Shumway discussing suggested edits to Debtor's post-hearing reply brief. .6 \n\nPrepare with TMO final edits to reply brief. 1.2 | 1.80 425.00/hr | 765.00 |
| 09/20/24 | TMO | Draft final edits to reply brief and incorporate Spence Shumway's narrative. | 2.80 450.00/hr | 1,260.00 |

Hours: 202.90

Total fees: $81,453.00

**Expenses:**

| Date | Atty | Description | Amount |
|---|---|---|---|
| 03/25/24 | APR | CertificateofService.com - mailout | 42.14 |
| 05/06/24 | APR | Pacer | 25.90 |
| 05/30/24 | APR | Laz Parking | 10.95 |
| 07/29/24 | KS | GSCCCA Prints | 4.50 |
| 07/30/24 | APR | FedEx. | 277.91 |
| 07/30/24 | APR | FedEx | 80.10 |
| 07/30/24 | APR | Reimbursement for supplies for exhibits. | 35.16 |
| 07/31/24 | APR | Reimbursement for more exhibit materials | 6.43 |
| 07/31/24 | APR | Reimbursement for supplies to organize notebooks of exhibits. | 54.37 |

Matter No. 424-1                                              September 23, 2024
Edgewood Food Mart, LLC - Chapter 11 filing                            Page 9

| 08/05/24 | JC | Copies ($0.20 ea) | 1.20 |
|---|---|---|---|
| 08/08/24 | APR | Laz Parking | 42.30 |
| 08/09/24 | APR | Laz Parking | 10.95 |
| 08/14/24 | APR | Laz Parking | 21.90 |
| 08/21/24 | JC | Audio Recording of Trial (3 days at $34/day) | 102.00 |
| 09/06/24 | APR | Georgia Messenger Service - service of subpoena on Truist. | 88.20 |
| 09/13/24 | APR | Reimbursement for transcription service. | 29.99 |
| 09/13/24 | APR | AQuickDelivery - deliver exhibit notebooks to Court. | 45.88 |
| | | Total expenses: | $879.88 |

**Payments & Adjustments:**

| 05/31/24 | | 35,627.75 CR |
|---|---|---|
| | Total payments & adjustments: | $35,627.75 CR |

---

**Billing Summary**

| Previous balance | $57,554.64 |
|---|---|
| Payments & adjustments | 35,627.75 CR |
| Current fees & expenses | 82,332.88 |

**Total now due**              **$104,259.77**

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day electronically filed the foregoing Second Interim Application for Chapter 11 Compensation of the Attorneys Representing the Debtor using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

- **Jonathan S. Adams    jonathan.s.adams@usdoj.gov**
- **Herald J.A. Alexander    hjaa@alexanderlawfirm.com**
- **John A. Christy    jchristy@swfllp.com, amcrae@swfllp.com**
- **Leon S. Jones    ljones@joneswalden.com, jwdistribution@joneswalden.com;bdernus@joneswalden.com**
- **Leon S. Jones    ljones@joneswalden.com, jwdistribution@joneswalden.com;cparker@joneswalden.com;cmccord@joneswalden.com;lpineyro@joneswalden.com;ewooden@joneswalden.com;bdernus@joneswalden.com**
- **Tamara Miles Ogier    tmo@orratl.com, apr@orratl.com;jc@orratl.com;tmo@trustesolutions.net**
- **Allen P. Rosenfeld    apr@orratl.com**

- **Graham H. Stieglitz    gstiegli@burr.com**

Dated:  September 25, 2024.

OGIER, ROTHSCHILD & ROSENFELD, P.C.


By:/s/*Tamara Miles Ogier*
Tamara Miles Ogier
Georgia Bar No. 550355

P.O. Box 1547
Decatur, Georgia 30031
(404) 525-4000
tmo@orratl.com